People of State of Illinois ex rel. John S. Rusch, Appellee, v. Chris Maner, also known as Joseph Giralamo, et al., Appellants.

Gen. No. 46,871. ▉▉▉▉▉▉▉▉▉▉

First District, Second Division.
November 27, 1956.
Rehearing denied January 8, 1957.
Released for publication January 8, 1957.

than M. Cohen, and James P. Piragine, for appellants; John F. Cashen, Jr., for appellee. Opinion by JUDGE McCORMICK. **Not to be published in full.**